jarvis livingston
In Care of 111 Henrietta Street
Yoakum, Texas,  [77995]
Without the United States
361-208-3993
Jarvislivingston24@gmail.com

JUN 28 2021 PM2:29
USDC SDTX RCVD

United States Courts Southern
District of Texas
FILED

*February 2, 2021*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| jarvis livingston | ) |
| | ) CASE # |
| | ) |
| plaintiff | ) VIOLATION OF USC TITLE |
| | ) 18 SECTION 241 |
| V | ) VIOLATION OF USC TITLE |
| | ) 42 SECTION 1983 |
| STATE OF TEXAS | ) |
| defendant | ) VIOLATION OF USC TITLE |
| | ) 18 SECTION 1964(C)RICO |
| JOHN DOE LOPEZ | ) VIOLATION OF USC TITLE |
| In his personal capacity | ) 18 U.S.C. Section 1341 |
| JANE DOE MENDOZA | ) USC TITLE 18 SECTION 1201(C) |
| In her personal capacity | ) USC TITLE 19 SECTION 912 |
| JOHN DOE 1-5, Police | ) VIOLATION OF FEDERAL LAW |
| Officers Yoakum    TX. | ) FOREIGN AGENT REGISTRATION |
| In their personal capacity | ) ACT OF 1937 |
| JOHN DOE ASSISTANT | ) TRIAL BY JURY DEMANDED |
| DISTRICT ATTORNEY | ) |
| In his personal capacity | ) |
| KARL VAN SLOOTEN | ) |
| In his personal capacity | ) |

CITY OF YOAKUM                    )

Anita R. Rodriguez                )

Carl O'Neill                      )

Sean Mooney                       )

Glenn Klander                     )

Billy Goodrich                    )

Amanda Orack                      )

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

Comes now Jarvis Livingston to complain of the above defendants bad behavior. This court has jurisdiction as Plaintiff is a Texan and the violations against Plaintiff occurred in Texas. Defendant STATE OF TEXAS is a CORPORPORATION formed under the laws of the United States, located at 1100 San Jacinto Blvd, Suite 151B Austin, Texas 78701, formed under the laws of the United States, a corporation formed with the congressional act of 1871., Defendant JOHN DOE LOPEZ is a living man who is a Police Officer for the Yoakum City Police Department, located 900 Irvine St, Yoakum, TX 77995. Defendants JANE DOE Mendoza is a police officer of the Yoakum Police Department located at 900 Irvine St, Yoakum, TX 77995. Karl Von Slooten is the Chief of Police for the Yoakum City Police Department, located at 900 Irvine St, Yoakum, TX 77995.. CITY OF YOAKUM located at 808 Hwy 77A South/PO Box 738, Yoakum, TX 77995 Anita R. Rodriguez is the mayor of Yoakum City, located at P.O. Box 142

Yoakum, TX. 77995, Carl O'Neill is the mayor pro tem of Yoakum City, located at 907 Coke St. Yoakum, TX. 77995, Sean Mooney council member for city of Yoakum, located at 716 Josephine Street Yoakum, TX. 77995 Glenn Klander is a counsel member for the city of Yoakum, located at 07 Oak Ridge Dr. Yoakum, TX. 77995 Billy Goodrich is a council member for the city of Yoakum, located at 1007 Carroll Dr. Yoakum, TX. 77995. **JOHN DOE Assistant District Attorney** , located at 109 N La Grange St Ste 2, Hallettsville, TX 77964 Amanda Orack employed at the District Attornys office **located at** 109 N La Grange St Ste 2, Hallettsville, TX 77964

JOHN DOE **Police Officer of the Yoakum City Police Department, located at** 900 Irvine St, Yoakum, TX 77995 Plaintiff pleads in this honorable court of record to award Plaintiff $30,000,000 in lawful money for damages to his person and property by the above defendants who have violated numerous Federal Laws.


Defendant Police officers are impersonating a public official, and Mayor, counsel members, assistant district attorney are conspiring with the Yoakum Police department to violate Plaintiffs rights, under color of law, Defendant Amanda Orak refuses to give Plaintiff information on warrant issued by her office stating that Plaintiff has an attorney Jeff Deason, who was hired by Plaintiff on another case brought against Plaintiff that was dismissed. Plaintiff has called District Attorney Officeat 361-798-2351 and spoken to Defendant Amanda Orak who continues to refuse to give him information regarding the warrant. This is a direct violation of the constitution as she is impeding due process of law, Plaintiff asked Amanda if she was planning to hire Jeff Deason, she stated no. Plaintiff is pursuing defending himself against these new charges, and new arrest warrant by himself and will not use the services of any esquire. Defendants have conspired together under color of law to deprive Plaintiff of his rights, have kidnapped Plaintiff, held for ransom, and violated the Texas Constitution in many instances as listed above. Lopez went

to Plaintiffs house at 8:30 pm to drop of a court document, Plaintiff told him "why are you here, you know I have an attorney, its 8:30 at nite" Lopez was one of the arresting officers alledging drunk in public, in where there was zero injured party, zero lawful complaint.

AN ACT

Relating to the fraudulent exercise of certain governmental functions and the fraudulent creation or use of certain pleadings, governmental documents, and records; providing penalties.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1. Sections 32.21(e) and (f), Penal Code, are amended to read as follows:

(e) An offense under this section is a felony of the third degree if the writing is or purports to be:

(1) part of an issue of money, securities, postage or revenue stamps;

(2) a government record listed in Section 37.01(2)(C) [37.01(1)(C]; or

(3) other instruments issued by a state or national government or by a subdivision of either, or part of an issue of stock, bonds, or other instruments representing interests in or claims against another person.

(f) A person is presumed to intend to defraud or harm another if the person acts with respect to two or more writings of the same type and if each writing is a government record listed in Section 37.01(2)(C) [37.01(1)(C)].

SECTION 2. Section 32.46, Penal Code, is amended to read as follows:

Sec. 32.46. SECURING EXECUTION OF DOCUMENT BY DECEPTION.

(a) A person commits an offense if, with intent to defraud or harm any person, he, by deception:

(1) [,] causes another to sign or execute any document affecting property or service or the pecuniary interest of any person, or

(2) causes or induces a public servant to file or record any purported judgment or other document purporting to memorialize or evidence an act, an order, a directive, or process of:

(A) a purported court that is not expressly created or established under the constitution or the laws of this state or of the United States;

(B) a purported judicial entity that is not expressly created or established under the constitution or laws of this state or of the United States; or

(C) a purported judicial officer of a purported court or purported judicial entity described by Paragraph (A) or (B).

(b) An offense under Subsection (a)(1) [this section] is a:

(1) Class C misdemeanor if the value of the property, service, or pecuniary interest is less than $20;

(2) Class B misdemeanor if the value of the property, service, or pecuniary interest is $20 or more but less than $500;

(3) Class A misdemeanor if the value of the property, service, or pecuniary interest is $500 or more but less than $1,500;

(4) state jail felony if the value of the property, service, or pecuniary interest is $1,500 or more but less than $20,000;

(5) felony of the third degree if the value of the property, service, or pecuniary interest is $20,000 or more but less than $100,000;

(6) felony of the second degree if the value of the property, service, or pecuniary interest is $100,000 or more but less than $200,000; or

(7) felony of the first degree if the value of the property, service, or pecuniary interest is $200,000 or more.

(c) An offense under Subsection (a)(2) is a state jail felony.

(d) In this section, "deception" has the meaning assigned by Section 31.01.

SECTION 3. Subchapter D, Chapter 32, Penal Code, is amended by adding Section 32.48 to read as follows:

Sec. 32.48.

SIMULATING LEGAL PROCESS. (a) A person commits an offense if the person recklessly causes to be delivered to another any document that simulates a summons, complaint, judgment, or other court process with the intent to:

(1) induce payment of a claim from another person; or

(2) cause another to:

(A) submit to the putative authority of the document; or

(B) take any action or refrain from taking any action in response to the document, in compliance with the document, or on the basis of the document.

(b) Proof that the document was mailed to any person with the intent that it be forwarded to the intended recipient is a sufficient showing that the document was delivered.

(c) It is not a defense to prosecution under this section that the simulating document:

(1) states that it is not legal process; or

(2) purports to have been issued or authorized by a person or entity who did not have lawful authority to issue or authorize the document.

(d) If it is shown on the trial of an offense under this section that the simulating document was filed with, presented to, or delivered to a clerk of a court or an employee of a clerk of a court created or established under the constitution or laws of this state, there is a rebuttable presumption that the document was delivered with the intent described by Subsection (a).

(e) Except as provided by Subsection (f), an offense under this section is a Class A misdemeanor.

(f) If it is shown on the trial of an offense under this section that the defendant has previously been convicted of a violation of this section, the offense is a state jail felony.

SECTION 4. Subchapter D, Chapter 32, Penal Code, is amended by adding Section 32.49 to read as follows:

Sec. 32.49.

REFUSAL TO EXECUTE RELEASE OF FRAUDULENT LIEN OR CLAIM.

(a) a person commits an offense if, with intent to defraud or harm another, the person:

(1) owns, holds, or is the beneficiary of a purported lien or claim asserted against real or personal property or an interest in real or personal property that is fraudulent, as described by Section 51.901(c), Government Code; and

(2) not later than the 21st day after the date of receipt of actual or written notice sent by either certified or registered mail, return receipt requested, to the person's last known address, or by telephonic document transfer to the recipient's current telecopier number, requesting the execution of a release of the fraudulent lien or claim, refuses to execute the release on the request of:

(A) the obligor or debtor; or

(B) any person who own any interest in the real or personal property described in the document or instrument that is the basis for the lien or claim.

(b) A person who fails to execute a release of the purported lien or claim within the period prescribed by Subsection (a)(2) is presumed to have had the intent to harm or defraud another.

(c) An offense under this section is a Class A misdemeanor. District Attorney Kyle Denney has been emailed requesting he remove warrant for arrest. Plaintiff received zero response, Plaintiff requested District Attorney employee who answers the phone Amanda  Orack to request District Attorney remove warrant, again zero response. A jurisdictional challenge will be hand delivered to the lower court today and to the District Attorneys office.

SECTION 5. Section 37.01, Penal Code, is amended to read as follows:

Sec. 37.01.

 DEFINITIONS. In this chapter:

(1) "Court record" means a decree, judgment, order, subpoena, warrant, minutes, or other document issued by a court of:

(A) this state;

(B) another state;

(C) the United States;

(D) a foreign country recognized by an act of congress or a treaty or other international convention to which the United States is a party;

(E) an Indian tribe recognized by the United States; or

(F) any other jurisdiction, territory, or protectorate entitled to full faith and credit in this state under the United States Constitution.

(2) "Government record" means:

(A) anything belonging to, received by, or kept by government for information, including a court record;

(B) anything required by law to be kept by others for information of government; or

(C) a license, certificate, permit, seal, title, letter of patent, or similar document issued by government.

(3) [(2)] "Statement" means any representation of fact.

SECTION 6. Section 37.10, Penal Code, is amended by amending Subsection (d) and adding Subsection (h) to read as follows:

(d) An offense under this section is a felony of the third degree if it is shown on the trial of the offense that the governmental record was a license, certificate, permit, seal, title, letter of patent, or similar document issued by government, unless the actor's intent is to defraud or harm another, in which event the offense is a felony of the second degree.

(h) If conduct that constitutes an offense under this section also constitutes an offense under Section 32.48 or 37.13, the actor may be prosecuted under any of those sections.

SECTION 7. Section 37.11, Penal Code, is amended to read as follows:

Sec. 37.11.

IMPERSONATING PUBLIC SERVANT.

(a) A person commits an offense if he:

(1) impersonates a public servant with intent to induce another to submit to his pretended official authority or to rely on his pretended official acts; or

(2) knowingly purports to exercise any function of a public servant or of a public office, including that of a judge and court, and the position or office through which he purports to exercise a function of a public servant or public office has no lawful existence under the constitution or laws of this state or of the United States.

(b) An offense under this section is [a Class A misdemeanor unless the person impersonated a peace officer, in which event it is] a felony of the third degree.

SECTION 8. Chapter 37, Penal Code, is amended by adding Section 37.13 to read as follows:

Sec. 37.13.

RECORD OF A FRAUDULENT COURT.

(a) A person commits an offense if the person makes, presents, or uses any document or other record with:

(1) knowledge that the document or other record is not a record of a court created under or established by the constitution or laws of this state or of the United States; and

(2) the intent that the document or other record be given the same legal effect as a record of a court created under or established by the constitution or laws of this states or of the United States.

(b) An offense under this section is a Class A misdemeanor, except that the offense is a felony of the third degree if it is shown on the trial of the offense that the defendant has previously been convicted under this section on two or more occasions.

(c) If conduct that constitutes an offense under this section also constitutes an offense under Section 32.48 or 37.10, the actor may be prosecuted under any of those sections.

SECTION 9. Section 71.02(a), Penal Code, is amended to read as follows:

(a) A person commits an offense if, with the intent to establish, maintain, or participate in a combination or in the profits of a combination or as a member of a

criminal street gang, he commits or conspires to commit one or more of the following:

(1) murder, capital murder, arson, aggravated robbery, robbery, burglary, theft, aggravated kidnapping, kidnapping, aggravated assault, aggravated sexual assault, sexual assault, forgery, deadly conduct, assault publishable as a Class A misdemeanor, burglary of a motor vehicle, or unauthorized use of a motor vehicle;

(2) any gambling offense punishable as a Class A misdemeanor;

(3) promotion of prostitution, aggravated promotion of prostitution, or compelling prostitution;

(4) unlawful manufacture, transportation, repair, or sale of firearms or prohibited weapons;

(5) unlawful manufacture, delivery, dispensation, or distribution of a controlled substance or dangerous drug through forgery, fraud, misrepresentation, or deception;

(6) any unlawful wholesale promotion or possession of any obscene material or obscene device with the intent to wholesale promote the same;

(7) any unlawful employment, authorization, or inducing of a child younger than 17 years of age in an obscene sexual performance;

(8) any felony offense under Chapter 32, Penal Code;

(9) any offense under Chapter 36, Penal Code; [or]

(10) any offense under Chapter 34, Penal Code; or

(11) any offense under Section 37.11(a), Penal Code.

SECTION 10. Chapter 37, Penal Code, is amended by adding Section 37.101 to read as follows:

Sec. 37.101.

FRAUDULENT FILING OF FINANCING STATEMENT.

(a) A person commits an offense if the person knowingly presents for filing or causes to be presented for filing a financing statement that the person knows:

(1) is forged;

(2) contains a material false statement; or

(3) is groundless.

(b) An offense under Subsection (a)(1) is a felony of the third degree, unless it is shown on the trial of the offense that the person had previously been convicted under this section on two or more occasions, in which event the offense is a felony of the second degree. An offense under Subsection (a)(2) or (a)(3) is a Class A misdemeanor, unless the person commits the offense with the intent to defraud or harm another, in which event the offense is a state jail felony. The above defendants are guilty of filing a fraudulent document and documents, with the intent to defraud Plaintiff.

SECTION 11. Chapter 1, Code of Criminal Procedure, is amended by adding Article 1.052 to read as follows:

Art 1.052.


SIGNED PLEADINGS OF DEFENDANT.

(a) A pleading, motion, and other paper filed for or on behalf of a defendant represented by an attorney must be signed by at least one attorney of record in the attorney's name and state the attorney's address. A defendant who is not represented by an attorney must sign any pleading, motion, or other paper filed for or on the defendant's behalf and state the defendant's address.

(b) The signature of an attorney or a defendant constitutes a certificate by the attorney or defendant that the person has read the pleading, motion, or other paper and that to the best of the person's knowledge, information, and belief formed after reasonable inquiry that the instrument is not groundless and brought in bad faith or groundless and brought for harassment, unnecessary delay, or other improper purpose.

(c) If a pleading, motion, or other paper is not signed, the court shall strike it unless it is signed promptly after the omission is called to the attention of the attorney or defendant.

(d) An attorney or defendant who files a fictitious pleading in a cause for an improper purpose described by Subsection (b) or who makes a statement in a pleading that the

attorney or defendant knows to be groundless and false to obtain a delay of the trial of the cause or for the purpose of harassment shall be held guilty of contempt.

(e) If a pleading, motion, or other paper is signed in violation of this article, the court, on motion or on its own initiative, after notice and hearing, shall impose an appropriate sanction, which may include an order to pay to the other party or parties to the prosecution or to the general fund of the county in which the pleading, motion, or other paper was filed the amount of reasonable expenses incurred because of the filing of the pleading, motion, or other paper, including reasonable attorney's fees.

(f) A court shall presume that a pleading, motion, or other paper is filed in good faith. Sanctions under this article may not be imposed except for good cause stated in the sanction order.

(g) A plea of "not guilty" or "no contest" or "nolo contendere" does not constitute a violation of this article. An allegation that an event took place or occurred on or about a particular date does not constitute a violation of this article.

(h) In this article, "groundless" means without basis in law or fact and not warranted by a good faith argument for the extension, modification, or reversal of existing law.

SECTION 12. Chapter 13, Code of Criminal Procedure, is amended by adding Article 13.26 to read as follows:

Art. 13.26.

SIMULATING LEGAL PROCESS. An offense under Section 32.46, 32.48, 32.49, or 37.13, Penal Code, may be prosecuted either in the county from which any material document was sent or in the county in which it was delivered.

SECTION 13. Section 51.605(c), Government Code, is amended to read as follows:

(c) A clerk must successfully complete 20 hours of continuing education courses in the performance of the duties of office at least one time in each 24-month period. The 20 hours of required continuing education courses must include at least one hour of continuing education regarding fraudulent court documents and fraudulent document filings.

SECTION 14. Chapter 51, Government Code, is amended by adding Subchapter J to read as follows:

SUBCHAPTER J. CERTAIN FRAUDULENT RECORDS OR DOCUMENTS

Sec. 51.901. FRAUDULENT DOCUMENT OR INSTRUMENT.

(a) If a clerk or the supreme court, clerk of the court of criminal appeals, clerk of a court of appeals, district clerk, county clerk, district and county clerk, or municipal clerk has a reasonable basis to believe in good faith that a document or instrument previously filed or recorded or offered or submitted for filing or for filing and recording is fraudulent, the clerk shall:

(1) if the document is a purported judgment or other document purporting to memorialize or evidence an act, an order, a directive, or process of a purported court, provide written notice of the filing, recording, or submission for filing or for filing and recording to the stated or last known address of the person against whom the purported judgment, act, order, directive, or process is rendered; or

(2) if the document or instrument purports to create a lien or assert a claim on real or personal property or an interest in real or personal property, provide written notice of the filing, recording, or submission for filing or for filing and recording to the stated or last known address of the person named in the document or instrument as the obligor or debtor and to any person named as owning any interest in the real or personal property described in the document or instrument.

(b) A clerk shall provide written notice under Subsection (a):

(1) not later than the second business day after the date that the document or instrument is offered or submitted for filing or for filing and recording; or

(2) if the document or instrument has been previously filed or recorded, not later than the second business day after the date that the clerk becomes aware that the document or instrument may be fraudulent.

(c) For purposes of this section, a document or instrument is presumed to be fraudulent if:

(1) the document is a purported judgment or other document purporting to memorialize or evidence an act, an order, a directive, or process of:

(A) a purported court or a purported judicial entity not expressly created or established under the constitution or the laws of this state or of the United States; or

(B) a purported judicial officer of a purported court or purported judicial entity described by Paragraph (A); or

(2) the document or instrument purports to create a lien or assert a claim against real or personal property or an interest in real or personal property and;

(A) is not a document or instrument provided for by the constitution or laws of this state or of the United States;

(B) is not created by implied or express consent or agreement of the obligor, debtor, or the owner of the real or personal property or an interest in the real or personal property, if required under the laws of this state, or by implied or express consent or agreement of an agent, fiduciary, or other representative of that person; or

(C) is not an equitable, constructive, or other lien imposed by a court with jurisdiction created or established under the constitution or laws of this state or of the United States.

Sec. 51.902. ACTION ON FRAUDULENT JUDGMENT LIEN.

(a) A person against whom a purported judgment was rendered who has reason to believe that a document previously filed or recorded or submitted for filing or for filing and recording is fraudulent may complete and file with the district clerk a motion, verified by affidavit by a completed form for ordinary certificate of acknowledgment, of the same type described by Section 121.007, Civil Practice and Remedies Code, that contains, at a minimum, the information in the following suggested form:

MISC. DOCKET NO._____

(b) The secretary of state may charge a filing fee of $15 for filing a certified copy of a judicial finding of fact and conclusion of law under this section.

SECTION 15. Section 12.013, Property Code, is amended to read as follows:

Sec. 12.013. JUDGMENT. A judgment or an abstract of a judgment of a court [in this state] may be recorded if:

(1) the judgment is of a court:

(A) expressly created or established under the constitution or laws of this state or of the United States;

(B) that is a court of a foreign country and that is recognized by an Act of congress or a treaty or other international convention to which the United States is a party; or

(C) of any other jurisdiction, territory, or protectorate entitled to full faith and credit in this state under the Constitution of the United States; and

(2) the judgment is attested under the signature and seal of the clerk of the court that rendered the judgment.

SECTION 16. Subtitle A, Title 2, Civil Practice and Remedies Code, is amended by adding Chapter 11 to read as follows:

CHAPTER 11. LIABILITY RELATED TO A FRAUDULENT COURT RECORD OR A FRAUDULENT LIEN OR CLAIM FILED AGAINST REAL OR PERSONAL PROPERTY

Sec. 11.001. DEFINITIONS. In this chapter;

(1) "Court record" has the meaning assigned by Section 37.01, Penal Code.

(2) "Exemplary damages" has the meaning assigned by Section 41.001.

(3) "Lien" means a claim in property for the payment of a debt and includes a security interest.

(4) "Public servant" has the meaning assigned by Section 1.07, Penal Code, and includes officers and employees of the United States.

Sec. 11.002. LIABILITY. (a) A person may not make, present, or use a document or other record with:

(1) knowledge that the document or other record is a fraudulent court record or a fraudulent lien or claim against real or personal property or an interest in real or personal property;

(2) intent that the document or other record be given the same legal effect as a court record or document of a court created by or established under the constitution or laws of this state or the United States or another entity listed in Section 37.01, Penal Code, evidencing a valid lien or claim against real or personal property or an interest in real or personal property; and

(3) intent to cause another person to suffer:

(A) physical injury;

(B) financial injury; or

(C) mental anguish or emotional distress.

(b) A person who violates Subsection (a) is liable to each injured person for:

(1) the greater of:

(A) $10,000; or

B) the actual damages caused by the violation;

(2) court costs;

(3) reasonable attorney's fees; and

(4) exemplary damages in an amount determined by the court.

Sec. 11.003. CAUSE OF ACTION.

(a) The following persons may bring an action to enjoin violation of this chapter or to recover damages under this chapter:

(1) the attorney general;

(2) a district attorney;

(3) a criminal district attorney;

(4) a county attorney with felony responsibilities;

(5) a county attorney;

(6) a municipal attorney;

(7) in the case of a fraudulent judgment lien, the person against whom the Judgment is rendered; and

(8) in the case of a fraudulent lien or claim against real or personal property or an interest in real or personal property, the obligor or debtor, or a person who owns an interest in the real or personal property.

(b) Notwithstanding any other law, a person or a person licensed or regulated by Chapter 9, Insurance Code (the Texas Title Insurance Act), does not have a duty to disclose a fraudulent, as described by Section 51.901(c), Government Code, court record, document, or instrument purporting to create a lien or purporting to assert a claim on real property or an interest in real property in connection with a sale, conveyance, mortgage, or other transfer of the real property or interest in real property.

(c) Notwithstanding any other law, a purported judgment lien or document establishing or purporting to establish a judgment lien against property in this state, that is issued or purportedly

issued by a court or a purported court other than a court established under the laws of this state or the United States, is void and has no effect in the determination of any title or right to the property.  Plaintiff has been the victim of a fraudulent claim and court record issued from a military court using unlawful and unconstitutional statutes codes which are color of law, in a sham legal process designed to extort money from Plaintiff which is a direct violation of usc title 18 section 1964(C) rico

Sec. 51.905. DOCUMENTS FILED WITH SECRETARY OF STATE.

(a) If the lien or other claim that is the subject of a judicial finding of fact and conclusion of law authorized by this subchapter is one that is authorized by law to be filed with the secretary of state, any person may file a certified copy of the judicial finding of fact and conclusion of law in the records of the secretary of state, who shall file the certified copy of the finding in the same class of records as the subject document or instrument was originally filed and index it using the same names that were used in indexing the subject document or instrument.

(b) The secretary of state may charge a filing fee of $15 for filing a certified copy of a judicial finding of fact and conclusion of law under this section.

SECTION 15. Section 12.013, Property Code, is amended to read as follows:

Sec. 12.013. JUDGMENT. A judgment or an abstract of a judgment of a court [in this state] may be recorded if:

(1) the judgment is of a court:

(A) expressly created or established under the constitution or laws of this state or of the United States;

(B) that is a court of a foreign country and that is recognized by an Act of congress or a treaty or other international convention to which the United States is a party; or

(C) of any other jurisdiction, territory, or protectorate entitled to full faith and credit in this state under the Constitution of the United States; and

(2) the judgment is attested under the signature and seal of the clerk of the court that rendered the judgment.

SECTION 16. Subtitle A, Title 2, Civil Practice and Remedies Code, is amended by adding Chapter 11 to read as follows:

CHAPTER 11. LIABILITY RELATED TO A FRAUDULENT COURT RECORD OR A FRAUDULENT LIEN OR CLAIM FILED AGAINST REAL OR PERSONAL PROPERTY

Sec. 11.001. DEFINITIONS. In this chapter;

(1) "Court record" has the meaning assigned by Section 37.01, Penal Code.

(2) "Exemplary damages" has the meaning assigned by Section 41.001.

(3) "Lien" means a claim in property for the payment of a debt and includes a security interest.

(4) "Public servant" has the meaning assigned by Section 1.07, Penal Code, and includes officers and employees of the United States.

Sec. 11.002. LIABILITY. (a) A person may not make, present, or use a document or other record with:

(1) knowledge that the document or other record is a fraudulent court record or a fraudulent lien or claim against real or personal property or an interest in real or personal property;

(2) intent that the document or other record be given the same legal effect as a court record or document of a court created by or established under the constitution or laws of this state or the United States or another entity listed in Section 37.01, Penal Code, evidencing a valid lien or claim against real or personal property or an interest in real or personal property; and

(3) intent to cause another person to suffer:

(A) physical injury;

(B) financial injury; or

(C) mental anguish or emotional distress.

(b) A person who violates Subsection (a) is liable to each injured person for:

(1) the greater of:

(A) $10,000; or

B) the actual damages caused by the violation;

(2) court costs;

(3) reasonable attorney's fees; and

(4) exemplary damages in an amount determined by the court.

Sec. 11.003.

CAUSE OF ACTION.

(a) The following persons may bring an action to enjoin violation of this chapter or to recover damages under this chapter:

(1) the attorney general;

(2) a district attorney;

(3) a criminal district attorney;

(4) a county attorney with felony responsibilities;

(5) a county attorney;

(6) a municipal attorney;

(7) in the case of a fraudulent judgment lien, the person against whom the Judgment is rendered; and

(8) in the case of a fraudulent lien or claim against real or personal property or an interest in real or personal property, the obligor or debtor, or a person who owns an interest in the real or personal property.

(b) Notwithstanding any other law, a person or a person licensed or regulated by Chapter 9, Insurance Code (the Texas Title Insurance Act), does not have a duty to disclose a fraudulent, as described by Section 51.901(c), Government Code, court record, document, or instrument purporting to create a lien or purporting to assert a claim on real property or an interest in real property in connection with a sale, conveyance, mortgage, or other transfer of the real property or interest in real property.

(c) Notwithstanding any other law, a purported judgment lien or document establishing or purporting to establish a judgment lien against property in this state, that is issued or purportedly

issued by a court or a purported court other than a court established under the laws of this state or the United States, is void and has no effect in the determination of any title or right to the property.

Sec. 11.004. VENUE. An action under this chapter may be brought in any district court in the county in which the recorded document is recorded or in which the real property is located.

Sec. 11.005. FILING FEES.

> (a) The fee for filing an action under this chapter is $15. The plaintiff must pay the fee to the clerk of the court in which the action is filed. Except as provided by Subsection (b), the plaintiff may not be assessed any other fee, cost, charge, or expense by the clerk of the court or other public official in connection with the action.

(b) The fee for service of notice of an action under this section charged to the plaintiff may not exceed:

(1) $20 if the notice is delivered in person; or

(2) the cost of postage if the service is by registered or certified mail.

(c) A plaintiff who is unable to pay the filing fee and fee for service of notice may file with the court an affidavit of inability to pay under the Texas Rules of Civil Procedure.

(d) If the fee imposed under Subsection (a) is less than the filing fee the court imposes for filing other similar actions and the plaintiff prevails in the action, the court may order a defendant to pay to the court the differences between the fee paid under Subsection (a) and the filing fee the court imposes for filing other similar actions.

Sec. 11.006.

PLAINTIFF'S COSTS.

(a) The court shall award the plaintiff the costs of bringing the action if:

(1) the plaintiff prevails; and

(2) the court finds that the defendant, at the time the defendant caused the recorded document to be recorded or filed, knew or should have known that the recorded document is fraudulent, as described by Section 51.901(c), Government Code.

(b) For purposes of this section, the costs of bringing the action include all court costs, attorney's fees, and related expenses of bringing the action, including investigative expenses.

Sec. 11.007.

EFFECT ON OTHER LAW. This law is cumulative of other law under which a person may obtain judicial relief with respect to a recorded document or other record.

SECTION 17. Section 9.412(c), Business & Commerce Code, is repealed.

SECTION 18. An action for an order under Subchapter J, Chapter 51, Government Code, as added by this Act, may be brought with respect to a recorded document or instrument without regard to whether the document or instrument was filed before, on, or after

the effective date of this Act.

SECTION 19. A clerk must successfully complete one hour of continuing education regarding fraudulent court documents and fraudulent document filings required by

Section 51.605(c), Government Code, as amended by this Act, before September 1, 1998.

SECTION 20. The change in law made by Section 16 of this Act applies only to a cause of action that accrues on or after the effective date of this Act. A cause of action that accrues before

the effective date of this Act is governed by the law in effect on the date the cause of action accrues, and that law is continued in effect for this purpose.

SECTION 21.

(a) The change in law made by this Act applies only to a criminal offense committed on or after the effective date of this Act. For the purposes of this Act, a criminal offense is committed before the effective date of this Act if any element of the offense occurs before that date.

(b) An offense committed before the effective date of this Act is covered by the law in effect when the criminal offense was committed, and the former law is continued in effect for this purpose.

SECTION 22. The importance of this legislation and the crowded condition of the calendars in both houses create an emergency and an imperative public necessity that the constitutional rule requiring bills to be read on three several days in each house be suspended, and this rule is hereby suspended, and that this Act take effect and be in force from and after its passage, and it is so enacted.


President of the Senate Speaker of the House

I certify that H.B. No. 1185 was passed by the House on March 13, 1997, by the following vote: Yeas 142, Nays 0, 1 present, not voting; that the House refused to concur in Senate amendments to H.B. No. 1185 on April 7, 1997, and requested the appointment of a conference committee to consider the differences between the two houses; and that the House adopted the conference committee report on H.B. No. 1185 on May 8, 1997, by the following vote: Yeas 145,

Nays 0, 1 present, not voting.

_____

Chief Clerk of the House

I certify that H.B. No. 1185 was passed by the Senate, with amendments, on April 3, 1997, by the following vote: Yeas 31, Nays 0; at the request of the House, the Senate appointed a conference committee to consider the differences between the two houses; and that the Senate adopted the conference committee report on H.B. No. 1185 on May 10, 1997, by the following vote: Yeas 30, Nays 0.

•

•     TITLE 42 U.S. CODE §1983; a Federal statute that allows people to sue the government for civil rights violations. It applies when someone acting "under color of law"- state-level or local law" has deprived a person of their rights. TITLE 18 U.S. CODE 241; Conspiracy Against The Rights of The People under color of law, State-conferred immunity cannot Shield a "State Actor" from liability under §1983.

•     Malicious prosecution is a common law intentional tort. Like the tort of abuse of process, its elements include intentionally instituting and pursuing a legal action that is brought without probable cause and dismissed in favor of the victim of the malicious prosecution. In some jurisdictions, the term "malicious prosecution" denotes the wrongful initiation of criminal proceedings, while the term "malicious use of process" denotes the wrongful initiation of civil proceedings.

The Yoakum city Police department have continually arrested Plaintiff on more than one occasion, Dismissed a case against him arrested for drunk in public, resisting atrest, then refiled new charges based on the same incident, issued a new warrant in direct violation of the constitution of Texas article 1 section 14 that forbids being

charged with the same crime twice, clearly showing a pattern and practice of rights violations under color of law.

USC TITLE 18, SECTION 241, in a costume, assuredly with an unlawful warrant which probably does not meet their own criteria as a valid warrant with a seal of the court and the signature of the clerk of court, which will be proven at a later date. Clearly this establishes a pattern and practice of these alleged Law enforcement officers to continue to harass, intimidate, abuse, falsely arrest Plaintiff, which is what is necessary to invoke criminal prosecution as well as civil prosecution.

Eighth Amendment:

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

At first, the Court was inclined to an historical style of interpretation, determining whether a punishment was cruel and unusual by looking to see if it or a sufficiently similar variant had been considered cruel and unusual in 1789.[1] In Weems v. United States,[2] however, the Court concluded that the framers had not merely intended to bar the reinstitution of procedures and techniques condemned in 1789, but had intended to prevent the authorization of a coercive cruelty being exercised through other forms of punishment. The Amendment therefore was of an expansive and vital character[3] and, in the words of a later Court, must draw its meaning from the evolving standards of decency that mark the progress of a maturing society.[4] The proper approach to an interpretation of this provision has been one of the major points of difference among the Justices in the capital punishment cases.[5]

It is truly appalling to understand how a private corporation Yoakum Police Department, a corporation  like walmart thinks they have the authority to abuse we

the people using unlawful statutes, codes, to kidnap Plaintiff, imprison him, extort money from him and have the audasity to arrest him for a non crime:

(see the free dictionary by farlex) which says

Crime

n. a violation of a law in which there is **injury** to the public or a member of the public and a term in jail or prison, and/or a fine as possible penalties.

There is no injured party, Friendswood police maliciously charged Plaintiff with some sort of crime bringing fraud upon the court. Plaintiff has a court hearing in the 122nd Judicial District Court January 26 at 11:00 am, case number 20-cr-0583, STATE OF TEXAS VS. JARVIS LIVINGSTON. This is not even me. Gregs Manual of English says a name spelled in all capital letters is a fictitious entity. They are bringing me into court, and have arrested me as a Fictitious Entity, not a living man. Graeber will make a special appearance to challenge the jurisdiction of the court, and challenge the constitutionality of the unlawful, unconstitutional statutes, codes being used against me, a living man, not a u.s. citizen, not a resident, not a fictitious entity. The Assistant District Attorney  has filed charges unlawfully violating numerous laws, as described below, and brought fraud against the court. Assistant district attorney JOHN DOE is using unlawful statutes, codes to prosecute a living man in a military court in violation of not only the Texas Constitution, but the Federal Constitution as well. Assistant district attorney JOHN DOE has sworn an oath of office to defend and uphold the constitution. he has failed and is in fact upholding and defending Military Statutes, Codes to war against the state, the Constitution, and one of we the people of one of the several states of the union, a Texan, which the Supreme court says is **TREASON**!!!!!! Assistant district attorney JOHN DOE is also participating with the Yoakum Police to conspire against Plaintiffs constitutional protections under color of law, in a military court, by a corporation, by esquires, clearly violating USC title 18 section 241, where 2 or more violate Plaintiff under color of law. Defendants have

extorted money from plaintiff using threats of arrest, arrest, strong arm robbery, assault battery upon Plaintiff when they arrested him for an alleged crime.

## POINTS AND AUTHORITY

(Martinez v. California, 444 U.S. 277, 284 n. 8 (1980) ("Conduct by persons acting under "Color of Law" is wrongful under 42 USC §1983... cannot be immunized by State Law.")

A regime that allowed a state immunity defense to trump the imposition of liability under §1983 would emasculate the Federal statute.

§1983 imposes liability on ANYONE who, under Color of Law, deprives a person of any rights, privileges, or immunities secured by the Constitution and law. K & A Radiologic Tech. Servs., Inc. v. Commissioner of the Dept of Health, 189 F.32d 273, 280 (2nd Cir 1999) (quoting Blessing v. Freestone, 520 U.S. 329, 340, 1997). The core purpose of §1983 is "to provide compensatory relief to those deprived of their Federal rights by "State Actors." Hardy v. New York City Health & Hosps. Corp., 164 F.3d 789, 795 (2nd Cir. 1999) (quoting Felder v. Casey, 487 U.S. 131, 141 (1988). "The traditional definition of acting under Color of Law requires that the defendant in a §1983 action have exercised power possessed by virtue of State law and made possible only because the wrongdoer is clothed with the authority of State law." (quoting inter alia, West v. Atkins, 487 U.S. 42, 49 (1988).

## FROM THE DEPARTMENT OF JUSTICE WEBSITE

What is the difference between criminal and civil cases? Criminal and civil laws are different. Criminal cases usually are investigated and handled separately from civil cases, even if they concern the same incident. In a criminal case, DOJ brings a case against the accused person; in a civil case, DOJ brings the case (either through litigation or an administrative investigation) against a governmental authority or law enforcement agency. In a criminal case, the evidence must establish proof "beyond a reasonable doubt," while in civil cases the proof need

only satisfy the lower standard of a "preponderance of the evidence." Finally, in criminal cases, DOJ seeks to punish a wrongdoer for past misconduct through imprisonment or other sanction. In civil cases, DOJ seeks to correct a law enforcement agency's policies and practices that fostered the misconduct and, where appropriate, may require individual relief for the victim(s).

It is a crime for one or more persons acting under color of law willfully to deprive or conspire to deprive another person of any right protected by the Constitution or laws of the United States. (18 U.S.C. §§ 241, 242). "Under color of law" means that the person doing the act is using power given to him or her by a governmental agency (local, State, or Federal). A law enforcement officer acts "under color of law" even if he or she is exceeding his or her rightful power. The types of law enforcement misconduct covered by these laws include excessive force, sexual assault, intentional false arrests, theft, or the intentional fabrication of evidence resulting in a loss of liberty to another. Enforcement of these provisions does not require that any racial, religious, or other discriminatory motive existed.  What remedies are available under these laws? These are criminal statutes. Violations of these laws are punishable by fine and/or imprisonment. There is no private right of action under these statutes; in other words, these are not the legal provisions under which you would file a lawsuit on your own.

"Police Misconduct Provision"

*This law makes it unlawful for State or local law enforcement officers to engage in a pattern or practice of conduct that deprives persons of rights protected by the Constitution or laws of the United States. (34 U.S.C. § 12601)*
https://www.law.cornell.edu/uscode/text/34/12601

It shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or **laws of the United States**.

. The types of conduct covered by this law can include, among other things, excessive force, discriminatory harassment, false arrests, coercive sexual conduct, and unlawful stops, searches or arrests. In order to be covered by this law, the misconduct must constitute a "pattern or practice" -- it may not simply be an isolated incident. The DOJ must be able to show in court that the agency has an unlawful policy or that the incidents constituted a pattern of unlawful conduct. However, unlike the other civil laws discussed below, DOJ does not have to show that discrimination has occurred in order to prove a pattern or practice of misconduct. What remedies are available under this law? The remedies available under this law do not provide for individual monetary relief for the victims of the misconduct. Rather, they provide for injunctive relief, such as orders to end the misconduct and changes in the agency's policies and procedures that resulted in or allowed the misconduct. There is no private right of action under this law; only DOJ may file suit for violations of the Police Misconduct Provision.

All of these violations occurred except the sexual assault aspect when the Police arrested Plaintiff, then charges were dismissed, then charges brought again for the same event, by a corporation for profit, impersonating Public officials, using sham legal process, in a military court for courts martials against civilians.

This is an ongoing pattern and practice of Law Enforcement assaulting Plaintiff for the allegations of mis conduct.

VIOLATION OF USC TITLE 18 SECTION 1964(C) RICO, USC TITLE 18 SECTION 1201(C), USC TITLE 42 SECTION 1986, USC TITLE 18 SECTION 1201(C) KIDNAPPING, USC TITLE 19 SECTION 912, IMPERSONATING A PUBLIC OFFICIAL (district attorney and 3 Police officers represent a private corporation for profit, using color of law in a military court as foreign agents of the crown of England).

_USC TITLE 18 > PART I> CHAPTER 13 > § 241 Conspiracy against rights:_ "Section 241 makes it unlawful for two or more persons to agree together to injure, threaten, or intimidate a person in any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the Unites States, (or because of his/her having exercised the same).

The court held in UNITED STATES v. KOZMINSKI, 487 U.S. 931 (1988) by looking to the meaning of the Thirteenth Amendment in interpreting two enforcement statutes, one prohibiting conspiracy to interfere with exercise or enjoyment of constitutional rights, the other prohibiting the holding of a person in a condition of involuntary servitude. For purposes of prosecution under these authorities, the Court held, _"the term 'involuntary servitude' necessarily means a condition of_

*servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury, or by the use or threat of coercion through law or the legal process."* Also see...

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." *MIRANDA V. ARIZONA, 384 U.S. 436, 491.* section 1 of the The Constitution of the United States, and the laws and treaties made, and to be made, in pursuance thereof, are acknowledged to be the supreme law; that this Constitution is framed in harmony with, and in subordination thereto; and that the fundamental principles embodied herein can only be changed, subject to the national authority. SECTION VII. The people shall be secured in their persons, houses, papers, and possessions, from all unreasonable seizures or searches; and no warrant to search any place, or to seize any person or thing, shall issue, without describing such place, person or thing, as near as may be, nor without probable cause, supported by oath or affirmation . Defendant *Officer L*opez swore an affidavit of a crime that Plaintiff allegedly perpetrated. He was not an eye witness to a crime that Plaintiff committed. The supreme court states that a crime means there is an injured person. Who is Lopez alleging is the injured person? Lopez has brought fraud upon the court by creating an affidavit which created an unlawful warrant for arrest for allegedly interfering with police duties. What did Plaintiff do? Physically restrain Lopez from stopping a crime? Who was committing the crime? Lopez has used his position to harm Plaintiff and is continuing to harm Plaintiff by issuing a false warrant for his arrest. This is in violation of the SECTION XVI of the constitution of Texas which says "No citizen of this State shall be deprived of life, liberty, property, or privileges, outlawed, exiled, or in any manner disfranchised, except by due course of the law of the land". *Supreme court says the law of the land is the common law of England*

*as adopted in the Constitution of the united states of America.* SECTION XXIII. To guard against transgressions of the high powers herein delegated, we declare that every thing in this Bill of Rights is excepted out of the general powers of government, and shall forever remain inviolate; and all laws contrary thereto, or to the following provisions, shall be void.  "The Constitution FOR the United States is the Supreme Law of the land. Any law that is repugnant to the Constitution is null and void of law." Marbury v. Madison, 5 US 137

He who creates controls; "We the People" created the Constitution

The creations are NEVER higher than the Creator.

The Undersigned have a right to good and honest Government.

Clearfield Trust case; government can operate in a commercial capacity but it loses its sovereignty when it does so.

*on as you get rid of your BAR card and get rid of that admiralty flag, we will have court in a court of record. Supreme court says" "a judge becomes an administrator* Plaintiff was arrested with no valid warrant,  person unlawfully searched, jailed for 2 days. You are using military law against one of we the people of Texas. Lieber code article 13 says statutes and codes are military. The STATE Judicial District court OF LAVACA COUNTY is a military court as it is flying a united states of America flag with a gold fringe on 3 sides, and a gold roman eagle on top of the flag indicating roman curia law, and a Texas flag with gold fringe on 3 sides and a gold roman spear, military law, roman curia law, admiralty law. See army manual of courts martial ar-840-10 says "all flags with a gold fringe on 3 sides is a military flag only to be flown in a military court for court martials against civilians. This can only occur if the constitution is suspended, this court is operating under martial law, and the regular courts are suspended. Be sure livingston will ask if these conditions exist in this court, on and for the record when he makes a special appearance on Jan 28, 2020, in the State court. The supreme court has said that statutes codes are unlawful, and

unconstitutional. The Texas constitution says in Article 1, section 29 "statutes, codes are contrary to the bill of rights". The Police officers and District Attorney are warring against the constitution, the state of Texas, and we the people, which is Treason according to the supreme court. The supreme court says "the State cannot be the Plaintiff". The State of Texas is a corporation registered with OF TEXAS DUNNS NUMBER 002537595  and manta.com says it is a private corporation for profit. The Court has registered this court case with a cusip number that plaintiff will acquire and get the bonds created to show a Federal Jury the evidence that the defendant john doe assistant District Attorney  has committed Barratry by trading justice for money. Defendant assistant  D.A.  is an Esquire, with a bar number of 24105652. Blacks law dictionary 4th edition says"exquire means a title of nobility granted by the crown of England".  The Law dictionary says "the title Esquire is given to BAR members", Ballentines law dictionary 3rd edition says Esquire is a term applied to Barristers", and Barrister, an English barrister who is privileged to plead in the BAR", john doe assistant D.A.  is obviously a foreign agent for the Crown of England, and the private club called the TEXAS BAR ASSOCIATION which originated in England, assistant d,a, john doe is in violation of Federal law, the Foreign Agent Registration Act of 1937 requiring all foreign agents to register with the Secretary of State of Texas. A search of this website yielded zero results of such registration of any agents of the district attorney office. The TEXAS BAR ASSOCIATION is a private corporation. The STATE OF TEXAS is a Private corporation. Supreme court decision Rundle v. Delaware says "a corporation cannot sue or contend with the living man". Supreme court also says the State cannot be the Plaintiff. Supreme court also says a complaint can only be created with the affidavit from the injured party. Where is this affidavit? Who has been injured? Where is the affidavit from the injured party creating the complaint? How did Plaintiff injure the Police officer who submitted an false affidavit, who has not alleged injury? John doe d,a,  has brought fraud upon the court by accusing plaintiff of committing some

crime. The Supreme court says the definition of a crime is that there is an injured party. There is no injured party. Assistant District Attorney john doe is impersonating a public official, in violation of Federal Law USC TITLE 18 SECTION 912, Section 912 defines two separate and distinct offenses. The offenses are impersonation coupled with acting as such *and* impersonation coupled with demanding or obtaining something of value in such pretended character. False personation of an officer or employee of the United States is an element of both offenses. The Criminal Division's recommendation is that generally in situations which involve the impersonation of a federal officer or employee, coupled with an application for credit, registration for lodging, cashing of a personal check or some other similar act, prosecution should not be initiated under the second part of 18 U.S.C. § 912 unless the subject has also pretended to be acting under color of federal authority or has expressly or implicitly suggested that the valuable thing demanded or obtained was necessary for the performance of his official duty. The basic procedure to follow when deciding whether to prosecute such cases under the second part of 18 U.S.C. § 912 is to determine whether the benefit is purported to run to the federal government or to the federal employee in his capacity as a private citizen. In the case of the latter, there should be no prosecution under the second part of 18 U.S.C. § 912. The alternatives to prosecution under the first part of 18 U.S.C. § 912 are prosecution under 18 U.S.C. § 701, § 702, and action by state and local authorities. kidnapped Plaintiff, violating USC TITLE 1201(C) **(a)**  Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when--

**(1)**  the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense;

**(2)**   any such act against the person is done within the special maritime and territorial jurisdiction of the United States;

**(3)**   any such act against the person is done within the special aircraft jurisdiction of the United States as defined in section 46501 of title 49 ;

**(4)**   the person is a foreign official, an internationally protected person, or an official guest as those terms are defined in section 1116(b) of this title;

As a judge, if you see the commission of a felony, you are required to intervene according to USC TITLE 18 SECTION 2382, and usc title 18 section 5 misprison of felony,. , "I am one of the people of one of the several states of the union and as such invoke the constitution of California which says "if the judge has a BAR card, he cannot be a judge in a court of record"". ,stated in jurisdictional challenge issued to State court Judge in State court, as sonly when adjudicating statutes" Texas Constitution article 1 section 29 says "Agency adjudications do not reflect an exercise of the judicial powers assigned to the court of the State" "This court is an administrative agency adjudicating the bankruptcy of the United States, see House Joint Resolution 192. I intend to submit the birth certificate for the charged entity to discharge any debt. The STATE BAR ACT was created and exists as a STATE created monopoly on the practice of law, which is a direct violation of the Texas Constitution article 1, section 26" see below

Texas Constitution Article 1, Section 26:

Sec. 26. PERPETUITIES AND MONOPOLIES; PRIMOGENITURE OR ENTAILMENTS. Perpetuities and monopolies are contrary to the genius of a free government, and shall never be allowed, nor shall the law of primogeniture or entailments ever be in force in this State.

Plaintiff will also challenge the jurisdiction of the State court at his hearing:

"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged,

cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910

"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." Hill Top Developers v. Holiday Pines Service Corp. 478 So. 2D, 368 Fla a DCA 1985)

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners 94 Ca 2d 751. 211 P2d 289

"There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215

"Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff." Loos v American Energy Savers, Inc., 168 I11.App.3d 558, 522 N.E.2d 841(1988)

"the burden of proving jurisdiction rests upon the party asserting it." Binde11 v City 0f Harvey, 212 I11.App.3d 1042, 571 N.E.2d 1017(1st Dist. 1991)

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper,102 F. 2d 188; Chicago v. New York 37 FSupp. 150

"...[H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, BEFORE any court can move ONE FURTHER STEP IN THE CAUSE; as any movement is necessarily the exercise of jurisdiction." RHODE ISLAND MASSACHUSETTS, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838).

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739

"a universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property," Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any

case before a tribunal is its power to act, and a court must have the authority to decide that question the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8: 331 US 549, 91 K, ed, 1666m 67 S, Ct, 1409

"A departure by a court from those recognized and established requirements of law however close apparent adherence to mere form in methods of procedure which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937.

"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court", OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907)

"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F 2d 416

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." Dillon v. Dillon, 187 P 27.

"the fact that the petitioner was released on a promise to appear before a magistrate for an arraignment, that fact is circumstance to be considered in determining whether in first instance there was a probable cause for the arrest." Monroe v.Papa, DC, Ill. 1963, 221 F Supp 685.

"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd 392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821)

Points:

2.  Proof of jurisdiction, appearing on the record, to state jurisdiction on the

record the "facts necessary to give jurisdiction". See...

"if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed. "Norman v. Zieber, 3 Or at 202-03.

Also see... "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U. S. 538 (1974)

**3.**    Proof of jurisdiction appearing on the record, that plaintiff/prosecutor has standing. (Corpus Delicti)  See...

"For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." Sherer v. Cullen 481 F. 945:  Also see...

"With no injured party, a complaint is invalid on its face". Gibson v. Boyle, 139 Ariz. 512 Also see...

Supreme courts ruled "Without Corpus delicti there can be no crime" "In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.  Also see...

"In every criminal trial, the prosecution must prove the corpus delecti, or the body of the crime itself-i.e., the fact of injury, loss or harm, and the existence of a criminal agency as its cause." People v. Sapp, 73 P.3d 433, 467 (Cal. 2003) [quoting People v. Alvarez, (2002) 27 Cal.4th 1161, 1168-1169, 119 Cal.Rptr.2d 903, 46 P.3d 372.]. Also see...

"As a general principal, standing to invoke the judicial process requires an actual justiciable controversy as to which the complainant has a real interest in the ultimate adjudication because he or she has either suffered or is about to suffer an injury." People v. Superior Court, 126 Cal.Rptr.2d 793.

Also see... "Without standing, there is no actual or justiciable controversy, and courts will not entertain such cases. (3 Witlen, Cal. Procedure (3rd ed. 1985) Actions § 44, pp

70-72.) "Typically, … the standing inquiry requires careful judicial examination of a complaint's allegations to ascertain whether the particular plaintiff is entitled to an adjudication of the particular claims asserted." (Allen v. Wright, (1984) 468 U.S. 737, 752… Whether one has standing in a particular case generally revolved around the question whether that person has rights that may suffer some injury, actual or threatened." Clifford S. v. Superior Court, 45 Cal.Rptr.2d 333, 335.

graeber will also state the following in the State court hearing:

**4.**    Proof of jurisdiction, appearing on the record that the alleged defendant is subject to commercial law and or the Uniform Commercial Code in light of the following: to  the State court:

Let it be known to all that I,  explicitly reserve all of my rights and will refuse to contract with the State Court. See your…

UCC 1-308 which was formally UCC 1-207. "§ 1-308. Performance or Acceptance Under Reservation of Rights. (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient." ~~Graeber~~ Jarvis will also say the following in the State court hearing:

I retain all of my rights and liberties at all times and in all places, nunc pro tunc (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.

**5.**    Proof of jurisdiction, appearing on the record, that the defendant is subject to rules, codes and regulations. See…

"All codes, rules and regulations are applicable to the government authorities only, not Human/Creators in accordance with God's laws. All codes, rules and regulations

are unconstitutional and lacking in due process..." _RODRIQUES v RAY DONAVAN (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985)_. Article 1 section 8 clause 14 of the Constitution says clearly the government makes the rules for the government NOT "The People;" Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.].

"Constitutionally, a statutory presumption cannot be sustained if there be no rational connection between the fact proved and the ultimate fact presumed" (Tot v United States, 319 US 463, 467; 63 S.Ct. 1241, 1245, 87 L.Ed.2d 1519 (1943)).

"Statutes apply only to state created creatures known as corporations no matter whether [creatures of statute and offices of] state, local, or federal [government])" (Colonial Pipeline Co. v. Traigle, 421 US 100. (1975).

"A statute will not be presumed to have extra territorial effect... outside the [territorial] jurisdiction of the legislature... over persons residing outside the (territorial) jurisdiction of the legislature." (Bond v Jay, 7 Cranch 350, 3 L Ed 367).

"The Common Law is the real law, the Supreme Law of the land. Codes, rules, regulations, policy and statutes are NOT LAW." (Self v. Rhay, 61 Wn 2d 261); they are the law of government for internal regulation, not the law of man.

"It (the legislature or statutory laws) may not violate constitutional prohibits or guarantees OR AUTHORIZE OTHERS TO DO SO." Lockard v. Los Angeles 33 Cal2d 553; Cert den 337 US 939.

U.S. Const., Art. VI, cl. 2; Maryland v Louisiana, 451 US 725, 746; 101 S Ct 2114; 68 L Ed 2d 576 (1981) reveals that, "Where a state statute conflicts with, or frustrates, federal law, the former must give way."

Weimer v Bunbury, 30 Mich 291; 1874 Mich. LEXIS 168 (1874) reveals that "The Bill of Rights in the American Constitution has not been drafted for the introduction of new law, but to secure old [already existing] principles against abrogation or violation." To disregard Constitutional law, and to violate the same, creates a sure liability upon the one involved: Police officers/DCF/CPS (those who kidnap children) may be held personally liable for damages based upon actions taken in their

official capacities."

Hafer v. Melo, 502 U.S. 21 (1991).


If the U.S. Supreme Court acknowledged the authority of the common law Grand
Jury (U.S. v. Williams), why would any State have authority to counter that opinion?
The common law is superior to all statutory law, and we must only invoke it in the
right way to have superior standing. We need to stop putting the common law and the
Grand Juries underneath their inferior statutory laws. WE THE PEOPLE (singular
AND plural) have the Ultimate Authority!

American Jurisprudence 2nd 1964 vol. 16 CONSTITUTIONAL LAW § 177
Generally statute leaves the question that it purports to settle just as it would be had
the statute not been enacted. Since an unconstitutional law is void, the general
principles follow that it imposes no duties, confers no rights, creates no office,
bestows no power or authority on anyone, affords no protection, and justifies no acts
performed under it. A contract which rests on an unconstitutional statute creates no
obligation to be impaired by subsequent legislation.

NO ONE is bound to obey an unconstitutional law and NO COURTS are bound to
enforce it. Indeed, insofar as a statute runs counter to the fundamental law of the
land, it is superseded thereby. It is said that all persons are presumed to know the law,
meaning that ignorance of the law excuses no one; if any person acts under an
unconstitutional statute, he does so at his peril and must take the consequences. Pg.
403 - 405 16Am Jur 2d., Const. Law Sec. 70:

"If there should happen to be an irreconcilable variance between the two,
Constitution is to be preferred to the statute." (A. Hamilton, Federalist Papers #78
See also Warning V. The Mayor of Savannah, 60 Georgia, P.93; First Trust Co. v.
Smith, 277 SW 762. Marbury v. Madison, 2 L Ed 60; and Am.Juris. 2d Constitutional
Law section 177-178).

A "Statute' is NOT Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248),


"Insofar as a statute runs counter to the fundamental law of the land, (constitution) it is superseded thereby." (16 Arn Jur 2d 177, Late Arn Jur 2d. 256)

"...all laws which are repugnant to the Constitution are null and void" (Marbury v Madison, 5 US 1803 (2 Cranch) 137, 174, 170).

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." - Miranda v. Arizona, 384 U.S. 436, 491.

6. Proof of jurisdiction appearing on the record, to force the alleged defendant into involuntary servitude. See...

UNITED STATES V. KOZMINSKI, 487 U. S. 931 (1988) "For purposes of criminal prosecution under § 241 or § 1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury or by the use or threat of coercion through law or the legal process. This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion."

Also see... The constitution for the united States 1789, 13th amendment, Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the united States, or any place subject to their jurisdiction.

Also see...

The constitution for the united States, 1789, Preamble We the people of the united States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the united States of America.

**6.**      To the State court Proof of jurisdiction appearing on the record, that the alleged defendant is a person or other legal or commercial entity. See your satanic…

UCC 1-201 General Definitions (27) "Person" means an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity. Also see…

American Law and Procedure, Vol. 13, page 137, 1910: "This word 'person' and its scope and bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use … A person is here not a physical or individual person, but the status or condition with which he is invested … not an individual or physical person, but the status, condition or character borne by physical persons…The law of persons is the law of status or condition." Also see…   Uniform Commercial code creates a corporate State of the United States, the federal corporation. As opposed to one of the dejure several states.

Also See…

UCC 1-201. General Definitions. (38)"State" means a State of the [corporate] United States,…

As opposed to…

USC TITLE 28 > PART VI > CHAPTER 176 > SUBCHAPTER A >§ 3002Definitions (14)"state" means any of the [dejure union states] several states,…

**7.**      Proof of jurisdiction, appearing on the record, that the alleged defendant is not sovereign. See…

"In the United States the People are sovereign and the government cannot sever its relationship to the People by taking away their citizenship." Afroyim v. Rusk, 387 U.S. 253( 1967).

Also see... "The People of a State are entitled to all rights which formerly belonged to the King by his prerogative." Lansing v. Smith, 4 Wendel l9, 20(1829)  Also see... In Europe, the executive is synonymous with the sovereign power of a state...where it is too commonly acquired by force or fraud or both...In America, however the case is widely different. Our government is founded upon Compact. Sovereignty was, and is, in the People. Glass v. The Sloop Betsy, 3 Dall 6. (1794)

**8.**    Proof of jurisdiction appearing on the record, to force the alleged defendant or other sovereigns to be subject to statutes.

See...   US Supreme Court in Wilson v. Omaha Indian Tribe, 442 US 653, 667 (1979): "In common usage, the term 'person' does not include the sovereign, and statutes employing the word are ordinarily construed to exclude it."   Also see...

US Supreme Court in U.S. v. Cooper, 312 US 600,604, 61 S.Ct 742 (1941): "Since in common usage the term 'person' does not include the sovereign, statutes employing that term are ordinarily construed to exclude it."

Also see...  US Supreme Court in U.S. v. United Mine Workers of America, 330 U.S. 258 67 SCt677 (1947):"In common usage, the term 'person' does not include the sovereign and statutes employing it will ordinarily not be construed to do so."

Also see... US Supreme Court in US v. Fox, 94 US 315: "Since in common usage, the term 'person' does not include the sovereign, statutes employing the phrase are ordinarily construed to exclude it."   Also see...

U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 528, 530: "In common usage the word 'person' does not include the sovereign, and statutes employing the word are generally construed to exclude the sovereign."   Also see...

Church of Scientology v. US Department of Justice, 612 F.2d 417, 425 (1979): "the word 'person' in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings. See e.g., 1 U.S.C. Sec. 1."

**9.**    Proof of jurisdiction, appearing on the record, that the alleged defendant is a

citizen of the United States and not a State Citizen in light of the following:

plaintiff will also say the following in the State court hearing:

I, jarvis livingston  am not a United States corporation citizen or a 14th amendment citizen. I am one of we the people of one of the several states of the republic, and not as a State of the United States®. I am a Texan.

And I reject any attempted expatriation.

Also see… Foreign Sovereign Immunities Act (FSIA) of 1976

Also see… USC TITLE 28 > PART IV > CHAPTER 97 -JURISDICTIONAL IMMUNITIES OF FOREIGN STATES § 1604. Immunity of a foreign state from jurisdiction Subject to existing international agreements to which the United States is a party at the time of enactment of this Act a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605 to 1607 of this chapter.  Also see… In Volume 20: Corpus Juris Sec. § 1785 we find "The United States government is a foreign corporation with respect to a State"(see: NY re: Merriam 36 N.E. 505 1441 S. 0.1973, 14 L. Ed. 287).

Also see… DISTRICT OF COLUMBIA (the United States ®) created by the Congressional act of 1871, which states "… the District of Columbia, by which name it is hereby constituted a body corporate for municipal purposes, and may contract and be contracted with, sue and be sued, plead and be impleaded…"

Also see… "The idea prevails with some, indeed it has expression in arguments at the bar, that we have in this country substantially two national governments; one to be maintained under the Constitution, with all its restrictions; the other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to…I take leave to say that, if the principles thus announced should ever receive the sanction of a majority of this court, a radical and mischievous change in our system will result. We will, in that event, pass from the era of constitutional liberty guarded and protected by a written constitution into an era of legislative absolutism … It will be an evil day for American Liberty if the

theory of a government outside the Supreme Law of the Land finds lodgment in our Constitutional Jurisprudence. No higher duty rests upon this court than to exert its full authority to prevent all violation of the principles of the Constitution." --- Honorable Supreme Court Justice John Harlan in the 1901 case of Downes v. Bidwell.

Also see… UCC 1-201. General Definitions(38) "State" means a State of the United States, the District of Columbia, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States. Also see... USC TITLE 28 SECTION 3002, 'United States means a Federal Corporation"

TITLE 18 > PART I > CHAPTER 43 > § 911: Citizen of the United States "Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both."

Also see…

Declaration of Independence, (Adopted by Congress on July 4, 1776): The Unanimous Declaration of the Thirteen United States of America "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are life, liberty and the pursuit of happiness. That to secure these rights, governments are instituted among men, deriving their just powers from the consent of the governed."

**10.**  Proof of jurisdiction, appearing on the record, that the alleged defendant cannot have status of State Citizen. See…

15 united States statute at large, July 27th, 1868 also known as the expatriation statute.

Also see… U.S. v. Anthony 24 Fed. 829 (1873) "The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."

Also see…

"We have in our political system a government of the United States and a government of each of the several states.     Each one of these governments is distinct from the

others, and each has citizens of it's own ..." United States v. Cruikshank, 92 U.S. 542 (1875)

Also see... "...he was not a citizen of the United States, he was a citizen and voter of the state,...""One may be a citizen of a state an yet not a citizen of the United States". McDonel v. The State, 90 Ind. 320 (1883)

Also see... "That there is a citizenship of the United States and citizenship of a state, ..." Tashiro v. Jordan, 201 Cal. 236(1927)

Also see... "A citizen of the United States is a citizen of the federal government ..." Kitchens v. Steele, 112 F.Supp 383

Also see... State v. Manuel, 20 NC 122: "the term 'citizen' in the United States, is analogous to the term 'subject' in common law; the change of phrase has resulted from the change in government."

Also see... Jones v. Temmer, 89 F. Supp 1226: "The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."

Also see... Supreme Court: US vs. Valentine 288 F. Supp. 957: "The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States."

11.    Proof of jurisdiction, appearing on the record, that the alleged defendants' rights are alienable. See...

"Men are endowed by their Creator with certain unalienable rights,-'life, liberty, and the pursuit of happiness;' and to 'secure,' not grant or create, these rights, governments are instituted. That property [or income] which a man has honestly acquired he retains full control of." [Budd v. People of State of New York, 143 U.S. 517 (1892)]

12.     Proof of jurisdiction, appearing on the record. To deny the alleged defendant the right to travel. See...

SHAPIRO vs. THOMSON, 394 U. S. 618 April 21, 1969: "Further, the Right to TRAVEL by private conveyance for private purposes upon the Common way can NOT BE INFRINGED. No license or permission is required for TRAVEL when such TRAVEL IS NOT for the purpose of [COMMERCIAL] PROFIT OR GAIN on the open highways operating under license IN COMMERCE."

Also see...

"The claim and exercise of a constitutional right cannot be converted into a crime." Miller v. US, 230 F 486, at 489.

Also see...

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Sherer v. Cullen, 481 F 946.

13.     Proof of jurisdiction, appearing on the record, to convert a liberty into a privilege. See...

Murdock v. Penn., 319 US 105, (1943) "No state shall convert a liberty into a privilege, license it, and attach a fee to it." Also see...   Shuttlesworth v. Birmingham, 373 US 262, (1969) "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."

Also see...   Miranda v. Arizona, 384 U.S. 436, (1966) "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."


14.     Proof of jurisdiction, appearing on the record, to conspire against or deprive the rights of the defendant under color of law. See...

Black's Law Dictionary, Fifth Edition, p. 241, color of law: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of State law and made possible only because wrongdoer is clothed with authority of

State, is action taken under "color of state law." <u>Atkins v. Lanning, D.C.Okl., 415 F.Supp. 186, 188.</u>

Also see...

<u>USC TITLE 18 > PART I> CHAPTER 13 > §</u> 241 Conspiracy against rights: "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured- They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

Also see...

The court held in <u>UNITED STATES v. KOZMINSKI, 487 U.S. 931 (1988)</u> by looking to the meaning of the Thirteenth Amendment in interpreting two enforcement statutes, one prohibiting conspiracy to interfere with exercise or enjoyment of constitutional rights, the other prohibiting the holding of a person in a condition of involuntary servitude. For purposes of prosecution under these authorities, the Court held, "the term 'involuntary servitude' necessarily means a condition of servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury, or by the use or threat of coercion through law or the legal process."   Also see...

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." <u>MIRANDA VS. ARIZONA, 384 U.S.</u>

436, 491.

Also see... "The State cannot diminish rights of the people." HERTADO V. CALIFORNIA, 110 U.S. 516

15.    Proof of jurisdiction, appearing on the record, of having taken an oath of office.

16.    Proof of jurisdiction, appearing on the record, that the court or the prosecution has the right to violate their oath of office. See...
"faithfully perform the duties of his office" which is to secure defendants unalienable Right to the liberty of ownership of property as per the Declaration of Independence secured in the contract known as the Constitution for the united States of 1789.
plaintiff will say in the State court hearing:
I, plaintiff, accept the oath of office of the plaintiff district attorney and judge  Judicial District Court, Lavaca county Texas, and bind you to it.

17.    Proof of jurisdiction, appearing on the record, to impair or force nonexistent obligations to a contract.

18.    Proof of jurisdiction, appearing on the record, of any maritime or admiralty contract that the alleged defendant is a part of. See...
Alexander v.Bothsworth, 1915. "Party cannot be bound by contract that he has not made or authorized. Free consent is an indispensable element in making valid contracts."

19.    Proof of jurisdiction, appearing on the record, to deprive the defendant of common law rights/due process as protected by both the Constitution for the united States and the dejure state constitution.

20.    Proof of jurisdiction, appearing on the record, the alleged defendant has given consent to anything or anyone to govern him or his private property.

21.    Proof of jurisdiction, appearing on the record, that police officers are above the law. See...

Butz v. Economou, 98 S. Ct. 2894 1978); United States v. Lee, 106 U.S. at 220, 1 S. Ct. at 261 (1882) "No man [or woman] in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it."

Also see...

a Citizen challenges the acts of a federal or state official as being illegal, that official cannot just simply avoid liability based upon the fact that he is a public official. In United States v. Lee 106 U.S. 196, 220, 221, 1 S.Ct. 240, 261, the United States claimed title to Arlington, Lee's estate, via a tax sale some years earlier, held to be void by the Court. In so voiding the title of the United States    the Court declared: "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives."

Also see...  Pierce v. United States ("The Floyd Acceptances"), 7 Wall. (74 U.S.) 666, 677 ("We have no officers in this government from the President down to the most subordinate agent, who does not hold office under the law, with prescribed duties and limited authority"); Cunningham v. Macon, 109 U.S. 446, 452, 456, 3 S.Ct. 292, 297 ("In these cases he is not sued as, or because he is, the officer of the government, but as an individual, and the court is not ousted of jurisdiction because he asserts authority as such officer. To make out his defense he must show that his authority

was sufficient in law to protect him...It is no answer for the defendant to say I am an officer of the government and acted under its authority unless he shows the sufficiency of that authority"); and Poindexter v. Greenhaw, 114 U.S. 270, 287, 5 S.Ct. 903, 912

Also see... WHEREAS, officials and even judges have no immunity See, Owen vs. City of Independence, 100 S Ct.1398; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21; officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: Title 42 U.S.C. Sec. 1983.

Also see... "Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation." (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).

**22.**   Proof of jurisdiction, appearing on the record that a commercial entity can detain, imprison, enslave and force into indentured servitude a human being.

Also see… <u>USC TITLE 18 > PART I> CHAPTER 55 > § 1201</u> Kidnapping

**23.** Proof of jurisdiction, appearing on the record that a commercial entity can sell penal bonds on human beings and/or sovereign Citizens. See…
<u>13th amendment, united States constitution</u>
Also see… <u>USC TITLE 15 > CHAPTER 1 > § 17</u> "The labor of a human being is not a commodity or article of commerce. "
Also see… <u>Palermo protocols United Nations 2000</u>
Also see… <u>TITLE 18 > PART I > CHAPTER 77 > § 1590</u>. Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor

**24.** Proof of jurisdiction, appearing on the record that corporate entities can interface with other than corporate entities. See…
"Inasmuch as every government is an artificial Person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."
<u>S.C.R. 1795, Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54;</u>
and,
"the contracts between them" involve U.S. citizens, which are deemed as Corporate Entities: "Therefore, the U.S. citizens residing in one of the states of the union, are classified as property and franchises of the federal government as an individual entity"", <u>Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773</u>

**25.** Proof of jurisdiction, appearing on the record that I am the property of the

federal government. See...

"Therefore, the U.S. citizens residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity"",
Wheeling Steel Corp. v.Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773

**26.**    Proof of jurisdiction, appearing on the record, and that statements of the liar (prosecutor) are not evidence or admissible

"Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment."Trinsey v Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

"Manifestly, [such statements] cannot be properly considered by us in the disposition of [a] case." United States v. Lovasco (06/09/77) 431 U.S. 783, 97 S. Ct. 2044, 52 L. Ed. 2d 752,

"Under no possible view, however, of the findings we are considering can they be held to constitute a compliance with the statute, since they merely embody conflicting statements of counsel concerning the facts as they suppose them to be and their appreciation of the law which they deem applicable, there being, therefore, no attempt whatever to state the ultimate facts by a consideration of which we would be able to conclude whether or not the judgment was warranted." Gonzales v. Buist. (04/01/12) 224 U.S. 126, 56 L. Ed. 693, 32 S. Ct. 463.

"No instruction was asked, but, as we have said, the judge told the jury that they were to regard only the evidence admitted by him, not statements of counsel", Holt v. United States, (10/31/10) 218 U.S. 245, 54 L. Ed. 1021, 31 S. Ct. 2,

"The prosecutor is not a witness; and he should not be permitted to add to the record either by subtle or gross improprieties. Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial." Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974) Mr. Justice Douglas, dissenting.

"Care has been taken, however, in summoning witnesses to testify, to call no man whose character or whose word could be successfully impeached by any methods known to the law. And it is remarkable, we submit, that in a case of this magnitude, with every means and resource at their command, the complainants, after years of effort and search in near and in the most remote paths, and in every collateral by-way, now rest the charges of conspiracy and of gullibility against these witnesses, only upon the bare statements of counsel. The lives of all the witnesses are clean, their characters for truth and veracity un-assailed, and the evidence of any attempt to influence the memory or the impressions of any man called, cannot be successfully pointed out in this record." Telephone Cases. Dolbear v. American Bell Telephone Company, Molecular Telephone Company v. American Bell Telephone Company. American Bell Telephone Company v.. Molecular Telephone Company, Clay Commercial Telephone Company v. American Bell Telephone Company, People's Telephone Company v. American Bell Telephone Company, Overland Telephone Company v. American Bell Telephone Company,. (PART TWO OF THREE) (03/19/88) 126 U.S. 1, 31 L. Ed. 863, 8 S. Ct. 778.

"Statements of counsel in brief or in argument are not sufficient for motion to dismiss or for summary judgment," Trinsey v. Pagliaro, D. C. Pa. 1964, 229 F. Supp. 647.

"Factual statements or documents appearing only in briefs shall not be deemed to be a part of the record in the case, unless specifically permitted by the Court" – Oklahoma Court Rules and Procedure, Federal local rule 7.1(h).

Trinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647. "Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment."

"Where there are no depositions, admissions, or affidavits the court has no facts to rely on for a summary determination." Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F. Supp. 647.

Frunzar v. Allied Property and Casualty Ins. Co., (Iowa 1996)† 548 N.W.2d 880 Professional statements of litigants attorney are treated as affidavits, and attorney making statements may be cross-examined regarding substance of statement. [And, how many of those defendants have "first hand knowledge"? NONE!!!]

Porter v. Porter, (N.D. 1979 ) 274 N.W.2d 235 ñ The practice of an attorney filing an affidavit on behalf of his client asserting the status of that client is not approved, inasmuch as not only does the affidavit become hearsay, but it places the attorney in a position of witness thus compromising his role as advocate.


and it goes on to say that Article Eleven in Amendment says that these United States so-called courts have no standing to do anything involving a state citizen, but they go ahead and assault you anyway.

It's a VIOLATION of the 11th Amendment for a FOREIGN CITIZEN to INVOKE the JUDICIAL POWER of the State.

Article XI.

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

US citizens (FEDERAL CITIZENS) are FOREIGN to the several States and SUBJECTS of the FEDERAL UNITED STATES/STATE of NEW COLUMBIA/DISTRICT OF COLUMBIA.

Attorneys are considered FOREIGN AGENTS under the FOREIGN AGENTS REGISTRATION ACT (FARA) and are SUBJECTS of the BAR ASSOCIATION.

Government Is Foreclosed from Parity with Real People

– Supreme Court of the United States 1795

"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."

S.C.R. 1795, Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54),

27.    Proof of jurisdiction, appearing on the record, that the alleged defendant

cannot stand upon his/her constitutional rights. See...

Hale v. Henkel was decided by the united States Supreme Court in 1906. The opinion of the court states: "The "individual" may stand upon "his Constitutional Rights" as a CITIZEN. He is entitled to carry on his "private" business in his own way. "His power to contract is unlimited." He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. "His rights" are such as "existed" by the Law of the Land (Common Law) "long antecedent" to the organization of the State", and can only be taken from him by "due process of law", and "in accordance with the Constitution." "He owes nothing" to the public so long as he does not trespass upon their rights.

**28.**     plaintiff will say in the State court hearing: Your code enforcers LEOs (Law Enforcement Officers) are operating in their private capacity
"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94

as revenue officers under the Federal Tax Lien Act of 1966
"(h) DEFINITION's. .... (1) SECURITY INTEREST.-The term 'security interest' means any interest in property acquired by contract for the purpose of securing payment or performance of an obligation or indemnifying against loss or liability. A security interest exists at any time (A) if, at such time, the property is in existence and the interest has become protected under local law against a subsequent judgment lien arising out of an unsecured obligation, and (B) to the extent that, at such time, the holder has parted "with money or money's worth. "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle which is registered for highway

use under the laws of any State or foreign country. "(4) SECURITY.-The term 'security' means any bond, debenture, note, or certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: negotiable instrument: or money." Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131

29.    Your code enforcers LEOs (Law Enforcement Officers) assaulted Me because of your District of Columbia Code 27 CFR 7211

*"Commercial crimes.* Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marihuana will be treated as if such were commercial crime."

which means that the so-called Judge in the State court is actually a Clerk working for the prosecutor

""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v.

Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762,

and when a Judge becomes a Clerk working for the prosecutor, he is NOT acting in his official capacity, but is acting in his private capacity,

"An officer who acts in violation of the Constitution ceases to represent the government".  Brookfield Const. Co. v. Stewart, 284 F. Supp. 94

and he cannot do anything judicial
"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1, and further,

therefore any so-called order the Clerk (masquerading as a Judge) issues, is a fraud and a nullity, like a warrant for arrest, is a fraud and a nullity, and a fine is a fraud and a nullity, and he is fully liable in his personal capacity, and has no judicial immunity
"...where any state proceeds against a private individual in a judicial forum it is well

settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - -

"but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

Immunity for judges does not extend to acts which are clearly outside of their jurisdiction. Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

and your so-called court is actually a kangaroo court

"Kangaroo court. <u>Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal.</u>" Black's Law Dictionary, 6th Edition, page 868,

**30.**  Plaintiff will say in State court hearing: Everything your so-called court does is a fraud and a nullity under color of law

"Colour of Law – Mere semblance of a legal right. An action done under colour of law is one done with the <u>apparent authority of law but actually in contravention of law.</u>" Barron's Canadian Law Dictionary, Sixth Edition, page 51 [emphasis added]

"Color" means "<u>An appearance, semblance, or simulacrum, as distinguished from that which is real</u>. A <u>prima facia</u> or <u>apparent</u> right. Hence, a deceptive <u>appearance</u>, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable." Black's Law Dictionary, 5th Edition, on page 240. [emphasis added]

"Colour, color. Signifies a probable plea, but which is in fact false…" Tomlin's Law Dictionary 1835, Volume 1

"By metaphysical refinement in examining the form of our government it might be correctly said that there is no such thing as a citizen of the United States. A citizen of any one of the states of the Union is held to be and called a citizen of the United States, although technically and abstractly there is no such thing." Ex Parte Frank Knowles, 5 Cal. Rep. 300, [emphasis added]

by assaulting me based on your fictitious US citizen which is a fraud

by criminally converting my proper appellation into a fictitious fraud "JARVIS LIVINGSTON" in my case, in the State Court,

by criminally converting the postal address from the land of Texas into your District of Columbia territory with the use of a ZIP CODE

"As we have said, the Federal Personal Income Tax is Collected under a Military Venue within a Martial-Law jurisdiction. Federal Reserve Notes are Military Scrip circulated within a Military Venue. The problem is the people don't understand how the entire United States is covered by a Military Venue…. Under the Social Security Act, there was brought into existence Ten Federal Regional Areas. These ten federal regional areas are the same as a military base. It is not unconstitutional to circulate "military scrip" on a military base as the base is considered to be a military venue. "Military scrip" cannot circulate in the civil jurisdiction of the several States. To get around this Constitutional bar, the Congress (via the Social Security Act), created Ten Military Venues, called Federal Regional Areas. The problem the Congress realized was, while Congress could restructure the Government agencies into these Federal Regional Areas, the people could not be identified to be within this Military Venue but by their own consent. The solution was to create another Military Venue which would trick the people to voluntarily accept recognition that they are within a Military Venue. Congress solved this problem by creating the ZIP CODE. The "zip code" divides the United States into Ten Military Venues called "National Areas." When a Citizen receives mail from an agency of the federal government (such as the I.R.S.), in the return address of the federal agency is the district within the regional area the letter is sent from, and on the address of the "Citizen" it was sent to is the national area [ZIP] in which he received the correspondence from the I.R.S.. In other words, the correspondence was sent from one of the federal regional areas [military venue] to

one of the National Areas [another military venue]. "Taxing Districts" are established within one of the Federal Regional Areas, which places the collection of taxes under a martial law jurisdiction." Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Assistant Director A.H. Ellett, Utah Supreme Court [Emphasis added],

by assaulting Me with your fraudulent fictitious unconstitutional District of Columbia municipal corporation called City of Yoakum Texas
"Fifth. The Constitution has undoubtedly conferred on Congress the right to create such municipal organizations as it may deem best for all the territories of the United States, whether they have been incorporated or not, to give to the inhabitants as respects the local governments such degree of representation as may be conducive to the public wellbeing, to deprive such territory of representative government if it is considered just to do so, and to change such local governments at discretion."
Downes v Bidwell 182 US 244

by the assaulting Me with your fraudulent fictitious unconstitutional District of Columbia municipal corporation called State of Texas when you know that no corporation has standing to do anything in any court
"My opinion is and long has been that the mayor and aldermen of a city corporation, or the president and directors of a bank, or the president and directors of a railroad company and of other similar corporations, are the true parties that sue and are sued as trustees and representatives of the constantly changing stockholders.... A corporation, therefore, being not a natural person, but a mere creature of the mind, invisible and intangible, cannot be a citizen of a state, or of the United States, and cannot fall within the terms or the power of the above mentioned article, and can

therefore neither plead nor be impleaded in the courts of the United States." Rundle v Delaware & Raritan Canal Company 55 U.S. 80 (1852) [emphasis added]

everything you do is a fraud
"Once a fraud, always a fraud." 13 Vin. Abr. 539.

"Things invalid from the beginning cannot be made valid by subsequent act."
Trayner, Max. 482. Maxims of Law, Black's Law Dictionary 9th Edition, page 1862

"A thing void in the beginning does not become valid by lapse of time."
1 S. & R. 58.  Maxims of Law, Black's Law Dictionary 9th Edition, page 1866

Time cannot render valid an act void in its origin. Dig. 50, 17, 29; Broom, Max. 178, Maxims of Law, Black's Law Dictionary 9th Edition, page 1862, and further,

"Ex dolo malo non oritur action. Out of fraud no action arises. Cowper, 343; Broom's Max. 349." Bouvier's Maxims of Law, 1856,

and any act by any government official to conceal the fraud becomes an act of fraud;
"fraus est celare fraudem. It is a fraud to conceal a fraud. 1 Vern. 270."
Bouvier's Maxims of Law 1856

and fraud is inexcusable and unpardonable;
"Fraus et dolus nemini patrocianari debent. Fraud and deceit should excuse no man. 3 Co. 78." Bouvier's Maxims  of Law 1856

and any fraud amounts to injustice;

"Fraus et jus nunquam cohabitant. Fraud and justice never dwell together."

Maxims of Law, Black's Law Dictionary, 9th Edition, page 1832


"Quod alias bonum et justum est, si per vim vei fraudem petatur, malum et injustum efficitur. What is otherwise good and just, if sought by force or fraud, becomes bad and unjust. 3 Co. 78." Bouvier's Maxims of Law, 1856


and you are all satanic children of the devil

"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44


"But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers [pharmaceutical drug pushers], and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death." Revelations 21:8


and your judgment day is coming

"I know thy works , and tribulation, and poverty, (but thou art rich) and I know the blasphemy of them which say they are Jews, [or Christians] and are not, but are the synagogue of Satan." Revelations 2:9


**31.**    The Constitution for the United States of America requires that lawful Article III Judges be provided

"ART. III. § 1. The judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may, from time to time, ordain and establish. The judges, both of the Supreme and inferior courts, shall hold their offices during good behavior; and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office. § 2. The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; to all cases affecting ambassadors, other public ministers, and consuls; to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a party;- to controversies between two or more States, between a State and citizens of another State, between citizens of different States, between citizens of the same State claiming lands under grants of different States, and between a State, or the citizens thereof and foreign States, citizens or subjects." 1 Stat. 17-18, and further,


**32.**    All District of Columbia territorial courts are using their Uniform Commercial Code which is controlled and regulated by their UNIDROIT Treaty (International Institute for the Unification of Private Law), which the UNITED STATES, INC., has been a signatory to for over 30 years, which is unconstitutional, because the Treaty power can ONLY be used externally,

"but Madison insisted that just "because this power is given to Congress," it did not follow that the Treaty Power was "absolute and unlimited." The President and the Senate lacked the power "to dismember the empire," for example, because "[t]he exercise of the power must be consistent with the object of the delegation." "The object of treaties," in Madison's oft-repeated formulation, "is the regulation of intercourse with foreign nations, and is external." Bond v United States 572 US _____

(2014) case number 12-158 [emphasis added]

"Today, it is enough to highlight some of the structural and historical evidence suggesting that the Treaty Power can be used to arrange intercourse with other nations, but not to regulate purely domestic affairs." Bond v United States 572 US _____ (2014) case number 12-158 [emphasis added]

and you have no authority to use your UNIDROIT Treaty in America, and your use of the Uniform Commercial Code is unconstitutional

"The government of the United States . . . is one of limited powers. It can exercise authority over no subjects, except those which have been delegated to it. Congress cannot, by legislation, enlarge the federal jurisdiction, nor can it be enlarged under the treaty-making power" Mayor of New Orleans v. United States, 10 Pet. 662, 736 [emphasis added]

**33.**　Ignorance of the law is no excuse and all officers of the court are presumed to know the law

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.

"It is one of the fundamental maxims of the common law that ignorance of the law excuses no one."  Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398, and further,

**34.**    United Nations Clerks masquerading as Judges in Texas are impersonating a public official, which is a felony

"(a)  A person commits an offense if he:

(1) impersonates a public servant with intent to induce another to submit to his pretended official authority or to rely on his pretended official acts;  or

(2)  knowingly purports to exercise any function of a public servant or of a public office, including that of a judge and court, and the position or office through which he purports to exercise a function of a public servant or public office has no lawful existence under the constitution or laws of this state or of the United States.

(b)  An offense under this section is a felony of the third degree." Texas Penal Code, Section 37.11. IMPERSONATING PUBLIC SERVANT, [emphasis added], and further,

Plaintiff will say in the State court hearing:

This court is using military law against we the people. Lieber code article 13 says statutes are military. Army manual of court martials ar-840-10 says "all flags with a gold fringe on 3 sides is a military flag only to be flown in a military court for court martials against civilians. This court is flying a United States flag with a gold fringe on 3 sides, as well as a gold eagle on top. The gold eagle is a roman eagle, Caesar, granting jurisdiction of court under roman curia law. The law of the flag states that the flag has jurisdictional implications. I now invoke the constitution of Texas which says I have a right to a trial in a common law court of record. I also invoke the California constitution which says if a judge has a bar card he cannot be a judge in a court of record. Clearly the judge has a bar card.


<u>NOTICE OF VOID JUDGMENT</u>

WHEREFORE, the real question for the Court in this matter is whether they intend to be an accomplice to the assault that has already taken place, because a lawsuit may be coming, and since I am being assaulted based on unconstitutional District of Columbia territorial statutes in Texas, it will be in the federal court. If this so-called Court decides to be an accomplice to the assault, without jurisdiction, then it will be a void judgment

"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948,

"A void judgment is one which, from its inception, was a complete nullity and without legal effect" Lubben v. Selective Service System Local Bd. No. 27,  453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972).  Hobbs v. U.S. Office of Personnel Management,  485 F.Supp. 456 (M.D. Fla. 1980)

"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed."  City of Lufkin v. McVicker,  510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).

"A void judgment, insofar as it purports to be pronouncement of  court, is an absolute nullity" Thompson v. Thompson,  238 S.W.2d 218 (Tex.Civ.App. – Waco 1951)

"Void order may be attacked, either directly or collaterally, at any time"  In re Estate

of Steinfield, 630 N.E.2d 801, certiorari denied, See also Steinfeld v. Hoddick, 513 U.S. 809, (Ill. 1994)

"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree." Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

"Not every action by any judge is in exercise of his judicial function. It is not a judicial function for a Judge to commit an intentional tort even though the tort occurs in the Courthouse, when a judge acts as a Trespasser of the Law, when a judge does not follow the law, the judge loses subject matter jurisdiction and The Judge's orders are void, of no legal force or effect"! Yates Vs. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962)

and it will be brutum fulmen
"brutum fulmen": "An empty noise; an empty threat. A judgment void upon its face which is in legal effect no judgment at all, and by which no rights are divested, and from which none can be obtained; and neither binds nor bars anyone. Dollert v. Pratt-Hewitt Oil Corporation, Tex.Civ.Appl, 179 S.W.2d 346, 348. Also, see Corpus Juris Secundum, "Judgments" §§ 499, 512 546, 549. Black's Law Dictionary, 4th Edition

and the Clerk masquerading as a Judge will be an accomplice, with these City of Friendwood LEOs code enforcers who are all Satanists (see Mark Passio's Youtube

channel – former Satanist priest)

"Ye are of your father the devil, and the lusts of your father ye will do. He was a murderer from the beginning, and abode not in the truth, because there is no truth in him. When he speaketh a lie, he speaketh of his own: for he is a liar, and the father of it." John 8:44

"But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers [pharmaceutical drug pushers], and idolaters, and all liars, shall have their part in the lake which burneth with fire and brimstone: which is the second death." Revelations 21:8

"… I know the blasphemy of them which say they are Jews, [or Christians] and are not, but are the synagogue of Satan." Revelations 2:9

 Stated to the State court: All charges, and demands, brought against Plaintiff, sui juris are void, false, fraudulent and treasonous. Failure and/or refusal to bring forth such 'proof of claim' will place you in dishonor under your satanic commercial codes, and thus constitute an admission of false claims, damages and injury to Plaintiff, sui juris. I demand that you dismiss all of these trumped up fictitious satanic charges with prejudice. Failure and/or refusal to bring forth such "proof of jurisdiction "is acquiescence, agreement that the court and the prosecution, et al has no jurisdiction and all charges are fraudulent and treasonous without objection. Silence is Fraud. "Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth." Morrison v Acton, 198 P.2d 590, 68 Ariz. 27 (1948)

"Fraud" may be committed by a failure to speak when the duty of speaking is imposed as much as by speaking falsely." Batty v Arizona State Dental Board, 112 P.2d 870, 57 Ariz. 239. (1941).


## PRAYER FOR RELEIF

Plaintiff prays that the court order the defendants pay him $30,000,000 in lawful money to compensate him for damages caused to him by his unlawful arrest and two days unlawful incarceration under cruel and unusual circumstances.


jarvis livingston