United States District Court
Southern District of Texas
**ENTERED**
February 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JARVIS  LIVINGSTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:21-CV-7 |
| | § | |
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR MORE DEFINITE STATEMENT

Plaintiff Jarvis Livingston has filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has been granted leave to proceed *in forma pauperis*.

Plaintiff's claims and allegations in this action arise in connection with his arrest and detention.  Plaintiff sues: (1) Officer Lopez of the Yoakum City Police Department; (2) Officer Mendoza of the Yoakum City Police Department; (3) Chief Karl Von Slooten of the Yoakum City Police Department; (4) John Doe of the Yoakum City Police Department; (5) the City of Yoakum; (6) Yoakum Mayor Anita R. Rodriguez; (7) Yoakum Mayor Pro Tem Carol O'Neill; (8) Yoakum City Council Members Sean Mooney, Glenn Klander and Billy Goodrich; (9) John Doe Assistant District Attorney; and (10) Amanda Orack of the District Attorneys Office located in Hallettsville, TX.  He does not indicate whether he sues each individual Defendant in their individual capacity, official capacity, or both.  Plaintiff seeks monetary relief.

Plaintiff's complaint is 72 pages in length and consists of a hodgepodge of allegations and legal arguments.  Plaintiff's rambling, narrative style in presenting his allegations has made it difficult for the Court to evaluate and screen his claims.  Indeed, it is difficult to ascertain the specific claims Plaintiff seeks to bring against each individual Defendant.  The undersigned finds it appropriate to direct Plaintiff to file a More Definite Statement to assist the Court in evaluating the claims he seeks to raise against the ten Defendants named in this action.

Accordingly, Plaintiff is hereby **ORDERED** to submit a more definite statement of the facts involved in this action by filing a written response to the questions posed below on or before **February 22, 2021**.

### **INSTRUCTIONS**

Plaintiff is **ORDERED** to answer the following questions or directives for **each of the ten Defendants** he has named in the Original Complaint:

**Defendant's Name:**  _____.

1. Explain what this Defendant did to violate your constitutional rights?

2. Give the specific facts that support each claim you seek to assert against this Defendant.

3. When did each incident involving this Defendant happen?  Plaintiff must provide specific dates as to each incident alleged.

4. Where did each incident involving this Defendant happen?

5. Explain how you were harmed or injured by this Defendant's action or actions.

6. Do you sue this Defendant in his or her individual capacity, official capacity, or both?

7.  Describe in detail the specific relief you seek with respect to this Defendant.

## CONCLUDING INSTRUCTIONS

Plaintiff is instructed to label his response **"Plaintiff's More Definite Statement"** and to include the correct Civil Action Number as shown above in the style of this case.

Plaintiff is instructed to submit the responses to the questions by copying each question as posed by the Court and then writing the answer as neatly as possible underneath each question in numbered paragraphs corresponding to the question being answered.  Plaintiff is directed to answer the questions to the best of his ability based on personal knowledge and the information available to him. He is further advised that legal research is not required and that he should not attach any exhibits to or include legal citations with respect to his answers.  *Plaintiff is cautioned that the Court will not consider any claim against any defendant who is not listed in "Plaintiff's More Definite Statement."*

Plaintiff is cautioned that his Original Complaint is currently deficient and failure to comply with this order may result in the dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.

ORDERED this 8th day of February, 2021.

Jason B. Libby
United States Magistrate Judge