UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **JARVIS LIVINGSTON,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:21-CV-00007 |
| § | |
| **STATE OF TEXAS; JOHN DOE LOPEZ** § | |
| in his personal capacity; **JANE DOE** § | |
| **MENDOZA** in her personal capacity; § | |
| **JOHN DOE ASSISTANT DISTRICT** § | |
| **ATTORNEY** in his personal capacity; § | |
| **KARL VAN SLOOTEN** in his personal § | |
| capacity; **CITY OF YOAKUM; ANITA R.** § | |
| **RODRIGUEZ; CARL O'NEILL; SEAN** § | |
| **MOONEY; GLENN KLANDER; BILLY** § | |
| **GOODRICH; AMANDA ORACK;** and § | |
| **FRANK RHODEHAMEL,** § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed by the Court on this date, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiff's claims, and Defendants are entitled to judgment as a matter of law.

Accordingly, Plaintiff shall take nothing by his claims against Defendants, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All relief requested by Plaintiff is denied. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

2

Signed on September 29, 2022.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

2